UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

FRANKLIN C. SMITH,

    Plaintiff,

v.                                                 No. 6:22-CV-013-H-BU

DR. MAYS, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to comply with Court orders. Dkt. No. 17. No objections were filed, and the plaintiff has taken no action in this case since August 8, 2022. *See* Dkt. No. 10.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to comply with Court orders.

So ordered on March 20, 2024.

                                                          JAMES WESLEY HENDRIX
                                                          UNITED STATES DISTRICT JUDGE